**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Michael Foley, | Case No. 2:20-cv-01874-ART-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Georgina Stuart, et al. | |
| Defendants. | |

IT IS ORDERED that the Clerk of Court is directed to issue summonses for defendants Reese, Stuart, Rodrigues, and Flores-Yanez using the addresses filed under seal at ECF No. 28.

IT IS FURTHER ORDERED that the Clerk of Court serve a copy of this order, the issued summonses, the filed USM-285 forms (ECF No. 76), and the operative complaint (ECF No. 6) on the U.S. Marshals Service.

IT IS FURTHER ORDERED that the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on the above named defendants.

DATED: 1/11/2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE