J. Stephen Peek (Nevada Bar No. 1758)
Erica C. Medley (Nevada Bar No. 13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendant Jeffery Pont*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL FOLEY, | Case No.: 2:20-cv-01874-APG-BNW |
| Plaintiff, | |
| v. | **MOTION TO DISASSOCIATE COUNSEL** |
| GEORGINA STUART, an individual; LOREA AROSTEGUI, an individual; JEFFERY PONT, an individual; ANITA FLORES-YANEZ, an individual; ALEXA RODRIGUEZ, an individual; LISA REESE, an individual; JAMES CHILD, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY; DOES 1-20, | |
| Defendants. | |

Defendant Jeffrey Pont ("Pont"), by and through his attorneys of record, Holland & Hart LLP, hereby submits this motion in accordance with LR IA 11-6 to disassociate Brian D. Downing, Esq. as an attorney of record in the above-entitled action. As of March 3, 2023, Mr. Downing is no longer associated with the law firm of Holland & Hart.

In compliance with LR IA 11-6(b), Pont has been provided notice of Mr. Downing's departure. Additionally, all other parties to this action will be served a copy of this Motion upon filing and therefore receive notice of Mr. Downing's departure.

This motion is made in good faith and not intended to delay pretrial proceedings, discovery, the trial, or any hearings in this case. As a result, Pont respectfully requests this Court grant Pont's motion in full and remove Mr. Downing from the above-entitled matter. Pont

1  additionally requests all notices continue to be directed to the attention of the undersigned counsel,
2  J. Stephen Peek, Esq., of the law firm of Holland & Hart LLP.
3      DATED this 17th day of March 2023
4  .

                    **HOLLAND & HART LLP**

                    */s/ J. Stephen Peek*
                    J. Stephen Peek (Nevada Bar No. 1758)
                    Erica C. Medley (Nevada Bar No. 13959)
                    9555 Hillwood Drive, 2nd Floor
                    Las Vegas, NV 89134

                    *Attorneys for Defendant Jeffery Pont*

            **ORDER**

**IT IS SO ORDERED**

**DATED:** 9:42 am, March 20, 2023

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2023, a true and correct copy of the foregoing **MOTION TO DISASSOCIATE COUNSEL** was served by the following method(s):

☒ Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

| | |
|---|---|
| Steven B. Wolfson<br>District Attorney<br>Civil Division<br>Joel K. Browning<br>Deputy District Attorney<br>500 South Grand Central Pkwy., Suite 5075<br>Las Vegas, NV 89155-2215<br>Joel.Browning@clarkCountyDA.com<br><br>*Attorneys for Georgina Stuart, Anita Flores-Yanez, Alexa Rodriquez, Lisa Reese, and James Child* | Michael Foley<br>P.O. Box 777972<br>Henderson, NV 89077<br>Michael.Foley1010@gmail.com<br><br>*Plaintiff Pro Se* |

/s/ Cathy Ryle
An Employee of Holland & Hart LLP

21026778_v1

3